UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD MOORE, on behalf of himself and all others similarly situated, and the general public,<br><br>vs.<br><br>VALLEY INDUSTRIAL X-RAY AND INSPECTION SERVICES, INC, a California Corporation, APPLUS+ RTD USA; and DOES 1 through 10, inclusive, | CASE NO. 1:13-cv-01875  LJO JLT<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT INITIAL SCHEDULING CONFERENCE**<br><br>**(Doc. 12)** |

Plaintiff Todd Moore requests to permission for his his attorney, Leonard Emma, to appear telephonically at the Initial Scheduling Conference on March 5, 2014 at 8:30 a.m.

Good cause appearing therefore, **IT IS HEREBY ORDERED** that Plaintiff's requested is **GRANTED**.

IT IS SO ORDERED.

Dated:   **February 27, 2014**             **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE