ROBERT M. DAWSON (BAR NO. 81790)
JOHN C. GRAY (BAR NO. 267686)
**FULBRIGHT & JAWORSKI LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California  90071
Telephone:   (213) 892-9200
Facsimile:    (213) 892-9494
robert.dawson@nortonrosefulbright.com
john.gray@nortonrosefulbright.com

Attorneys for Defendant
VALLEY INDUSTRIAL X-RAY AND
INSPECTION SERVICES, INC.

**EMPLOYMENT LAWYERS**
MICHAEL HOFFMAN (SBN 154481)
LEONARD EMMA (SBN 224483)
STEPHEN NOEL ILG (SBN 275599)
580 California Street, Suite 1600
San Francisco, CA 94104
Tel    (415) 362-1111
Fax    (415) 362-1112
mhoffman@employment-lawyers.com
lemma@employment-lawyers.com
silg@employment-lawyers.com

Attorneys for Plaintiff
TODD MOORE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TODD MOORE, as an individual, and on behalf of all others similarly situated and the general public, | Case No. 1:13-cv-01875-LJO-JLT |
| | Related Case 1:13-cv-01801-LJO-JLT |
| Plaintiff, | **ORDER GRANTING STIPULATION TO FILE FIRST AMENDED COMPLAINT** |
| v. | |
| VALLEY INDUSTRIAL X-RAY AND INSPECTION SERVICES, INC.; APPLUS+ RTD USA, and DOES 1 through 10, inclusive, | (Doc. 14) |
| Defendants. | |

DOCUMENT PREPARED
ON RECYCLED PAPER

1  Pursuant Civil Local Rule 143 of the United States District Court for the
2  Eastern District of California, the Parties to the above entitled action, Todd Moore
3  ("Plaintiff") and VALLEY INDUSTRIAL X-RAY AND INSPECTION
4  SERVICES, INC. ("Defendant Valley" or "Valley") (collectively referred to as the
5  "Parties"), by and through their undersigned counsel, enter into the following
6  Stipulation:

7  WHEREAS, Plaintiff filed the original Complaint before the California
8  Superior Court for the County of Kern on August 21, 2013 (Case No. S-1500-CV-
9  280101 SPC).

10  WHEREAS, Defendant Valley answered the Complaint on November 8,
11  2013 and removed the case to the United State District Court for the Eastern
12  District of California on November 19, 2013.

13  WHERAS, the Parties have met and conferred and agree that Plaintiff
14  may file a First Amended Complaint ("FAC"), a true and correct copy of which
15  is attached hereto as Exhibit A. The proposed FAC contains one substantive
16  change from the initial complaint: Applus+ RTD USA was removed as a
17  Defendant based on information provided by Defendant Valley. For ease of
18  reference, a copy of the FAC showing redlined changes from the initial
19  Complaint is attached hereto as Exhibit B.

20  WHEREAS, the Parties have further agreed that Plaintiff shall file and serve
21  the proposed FAC within ten (10) days of the entrance of the [Proposed] Order filed
22  concurrently herewith and that Defendant shall have fourteen (14) days from the
23  service of the FAC to file an answer to the FAC.

24  WHEREAS, the Parties have further agreed that, notwithstanding any rule or
25  law to the contrary, and without waiving any rights or defenses, Defendant shall be
26  permitted to file a general denial to the FAC in the same manner that it answered
27  the original Complaint.

28

1  NOW THEREFORE, the Parties stipulate that, by order of this Court:

2  1.  Plaintiff shall be permitted to file the attached FAC;

3  2.  Plaintiff shall file and serve the FAC within ten (10) days of the

4  entrance of the [proposed] Order filed concurrently herewith;

5  3.  Defendant shall have fourteen (14) days from the service of the FAC

6  to answer the FAC; and

7  4.  Defendant shall be permitted, notwithstanding any rule or law to the

8  contrary, and without waiving any rights or defenses, to file a general denial to the

9  FAC in the same manner that it answered the original Complaint.

10  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

11
12  Dated:  February 27, 2014  **FULBRIGHT & JAWORSKI LLP**

13

14  By_____/s/ John C. Gray
15  JOHN C. GRAY
   Attorneys for Defendant
16  VALLEY INDUSTRIAL X-RAY
   AND INSPECTION SERVICES,
17  INC.

18
19  Dated:  February 27, 2014  **EMPLOYMENT LAWYERS**

20

21  By_____/s/ Stephen Noel Ilg
22  STEPHEN NOEL ILG
   Attorneys for Plaintiff
23  TODD MOORE

24

25

26

27

28

**ORDER**

1.      The stipulation filed by the parties allowing Plaintiff to file a first amended complaint is **GRANTED**;

2.      Plaintiff **SHALL** file the first amended complaint within 10 days of this order;

3.      Defendant **SHALL** file its responsive pleading within 14 days of filing of the first amended complaint; and

4.      Based upon the stipulation of the parties, Defendant may file a general denial to the FAC in the same manner in which it answered the original complaint.

IT IS SO ORDERED.

Dated:   __February 27, 2014__          _____/s/ Jennifer L. Thurston____
                                         UNITED STATES MAGISTRATE JUDGE